Daniel, J.
 

 The plaintiff and defendant were tenants in common of a tract of land. They had jointly occupied it, until they respectively married. And then the defendant built a house on the East side or portion of the tract; and the plaintiff built a house on the West side of the said tract, where each of the parties settled with their familes. They afterwards required a surveyor, by the name of Dobson, to run a dividing line between them. Dobson did run a straight
 
 *175
 
 dividing line across from North to South. But both parties then disagreed to that line. The plaintiff and the defendant then agreed to erect and keep in repair the fences, which now divide and separate their respective fields and farms. Their fences or agreed lines extend across the creek and bottoms or low lands of the said creek up to the hill lands on either side of the creek, as designated by the red lines on the surveyor’s, Mr. Suddith’s, plat. These red lines intersect the Dobson line, on the north side of the creek at letter M.; and on the south side of the creek at the figure 5. From these two points to the outside lines of the tract, at E and F. The defendant insists that the Dobson line was agreed between them to be the dividing line; and that they each had held and claimed up to it and no further for the last thirty years-That all the privileges taken by either of the parties beyond that line, were, by licence, obtained from the respective owners on each side of the said line. The plaintiff put in a replication to the answer. The depositions of many witnesses have been taken; and after examining them, we are compelled to say, that
 
 they
 
 do
 
 not prove
 
 that there wrs ever an agreed line between the parties (Dobson’s or any other) from the termination of the red lines, to the outside lines of the original tract at E and F, or to any other points in the outside lines. Partition by them of the original tract' of land held in common, has never been made as appears to us. The evidence, that the plaintiff asked leave of the defendant to set a machine-house on the land at M., and lying a little north of the termination of the red line in that direction, is too weak a circumstance for us to establish the Dobson line as an agreed line from the terminations of the red lines to the outer boundary lines of the whole tract of land. Indeed, the defendant in his answer, does not aver that the parties ever agreed upon a division, which should extend entirely across the tract. We are of the opinion, therefore, that the plaintiff is entitled to a decree for partition so far as the same has not yet been completed, as prayed for in his bill,
 

 Per Curiam, Decree accordingly.